1
2                                                          JS-6
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   KENDRICK M. J.,                         Case No. 5:22-cv-01388-KES
12              Plaintiff,
13        v.                                 JUDGMENT
14   KILOLO KIJAKAZI, Acting
     Commissioner of Social Security,
15
16              Defendant.
17
18        IT IS HEREBY AJUDGED that, for the reasons set forth in the
19   Memorandum Opinion and Order, the decision of the Commissioner of the Social
20   Security Administration is AFFIRMED.
21
22
23   DATED:  June 14, 2023
24                                           _____
25                                           KAREN E. SCOTT
                                             United States Magistrate Judge
26
27
28

                                        1